JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Juan Navarrete, | Case No.: 2:12-cv-00103 GW(FFMx) |
| Plaintiff, | **ORDER** |
| vs. | |
| Professional Bureau of Collections; and DOES 1-10, inclusive, | |
| Defendants. | |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: August 10, 2012

_____

HON. GEORGE H. WU

U.S. District Judge